GARY M. RESTAINO
United States Attorney
District of Arizona
ANGELA W. WOOLRIDGE
Assistant United States Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

CR22-01419 TUC-JAS(EJM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

        Plaintiff,

   vs.

   1. Tevita Tukimaka Taufa,
      Counts 1-23

   2. Elisiva Vake Anau,
      Counts 21-23

        Defendants.

No.

**INDICTMENT**

VIO: 18 U.S.C. §§ 922(a)(1)(A), 923(a) & 924(a)(1)(D)
(Engaging in the Business of Dealing Firearms Without a License)
Count 23

18 U.S.C. §§ 922(a)(6) & 924(a)(2)
(Making False Statements in Connection with Acquisition of Firearms)
Counts 1-22

18 U.S.C. § 2(a)
(Aiding and Abetting the Commission of an Offense)
Counts 21-22

18 U.S.C. §924(d)
28 U.S.C. §2461(c)
(Forfeiture Allegation)

**THE GRAND JURY CHARGES:**

<u>**COUNTS 1-20**</u>

On or about the dates listed below, in the District of Arizona, Defendant TEVITA TUKIMAKA TAUFA knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm

by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant TEVITA TUKIMAKA TAUFA, in connection with the purchase of each of the firearms below, stated that he was the actual transferee/buyer of the firearm, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of another individual:

| Count | Date | FFL | Firearm(s) |
|---|---|---|---|
| 1 | 06/01/2020 | Route 66 Pawn & Guns | Sig Sauer P365 9mm pistol |
| 2 | 06/17/2020 | Pistol Parlour | Canik TP9SFX 9mm pistol |
| 3 | 06/26/2020 | Alpha Dog Firearms | Glock G45 9mm pistol |
| 4 | 06/30/2020 | Pistol Parlour | Glock 17 Gen 4 9mm pistol |
| 5 | 06/30/2020 | Bear Mountain, Inc. | Glock G17 Gen 5 9mm pistol |
| 6 | 08/27/2020 | Reed Firearms | Pioneer Arms Hellpup 7.62 pistol |
| 7 | 08/27/2020 | Guns Etc. | S&W M&P Shield 2.0 9mm pistol |
| 8 | 08/29/2020 | Mo Money Pawn | Girsan Regard MC 9mm pistol |
| 9 | 08/31/2020 | Mo Money Pawn | 2 Girsan Regard MC 9mm pistols |
| 10 | 08/31/2020 | Arizona Firearms Gilbert LLC | DC Industries NDS-3 7.62 rifle |
| 11 | 09/01/2020 | Ammo AZ | SAR USA SAR9 9mm pistol |
| 12 | 09/02/2020 | Route 66 Pawn & Guns | Glock 26 9mm pistol |
| 13 | 09/03/2020 | Ammo AZ | 2 Glock G43 9mm pistols |
| 14 | 09/09/2020 | Ammo AZ | SC Nova Grup NAK9 9mm pistol  Century Arms VSKA 7.62 rifle |
| 15 | 09/09/2020 | Cave Creek Guns | Glock 17 9mm pistol |
| 16 | 09/10/2020 | Ammo AZ | Pioneer Arms Hellpup 7.62 pistol |
| 17 | 09/11/2020 | Glockmeister | Century Arms VSKA 7.62 rifle |
| 18 | 09/23/2020 | Mo Money Pawn | Sarsilmaz SAR9 9mm pistol |
| 19 | 11/07/2020 | Glockmeister | Glock G48 BLK 9mm pistol |
| 20 | 11/15/2020 | AZ Guns | S&W M&P9 Shield 9mm pistol |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNTS 21-22

On or about the dates listed below, in the District of Arizona, Defendant ELISIVA VAKE ANAU knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the

business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant ELISIVA VAKE ANAU, in connection with the purchase of each of the firearms below, stated that she was the actual transferee/buyer of the firearm, whereas in truth and fact, she was knowingly acquiring the firearm on behalf of another individual, and TEVITA TUKIMAKA TAUFA aided, abetted, counseled, commanded, induced, and procured such false and fictitious statements:

| Count | Date | FFL | Firearm(s) |
|---|---|---|---|
| 21 | 09/11/2020 | Ammo AZ | 2 Pioneer Arms Hellpup 7.62 pistols |
| 22 | 09/23/2020 | Mo Money Pawn | Girsan Regard MC 9mm pistol |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 23

Between on or about June and November 2020, in the District of Arizona, Defendants TEVITA TUKIMAKA TAUFA and ELISIVA VAKE ANAU, neither being a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## FORFEITURE ALLEGATION

Upon conviction of Counts One through Twenty-Three of the Indictment, Defendants TEVITA TUKIMAKA TAUFA and ELISIVA VAKE ANAU shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to:

| Line # | Asset Description | Serial Number |
|---|---|---|
| 1 | Sig Sauer model P365 9mm caliber pistol | 66A536980 |
| 2 | Canik model TP9SFX 9mm caliber pistol | 20BC07092 |
| 3 | Glock model G45 9mm caliber pistol | BMFM794 |

| # | Description | Serial |
|---|---|---|
| 4 | Glock model G17 Gen 4 9mm caliber pistol | BFSD869 |
| 5 | Glock model G17 Gen 5 9mm caliber pistol | BNMF011 |
| 6 | Pioneer Arms model Hellpup 7.62x39mm cal pistol | AC1137985 |
| 7 | Smith & Wesson model M&P Shield 2.0 9mm pistol | JEL3623 |
| 8 | Girsan/EAA model Regard MC 9mm caliber pistol | T6368-20A05041 |
| 9 | Girsan/EAA model Regard MC 9mm caliber pistol | T6368-20A05033 |
| 10 | Girsan/EAA model Regard MC 9mm caliber pistol | T6368-20A05029 |
| 11 | DC Industries model NDS-3 7.62x39mm caliber rifle | 3007491 |
| 12 | SAR USA model SAR9 9mm caliber pistol | T1102-20BV62411 |
| 13 | Glock model 26 9mm caliber pistol | UPY945 |
| 14 | Glock model G43 9mm caliber pistol | AEUR140 |
| 15 | Glock model G43 9mm caliber pistol | AEUR141 |
| 16 | SC Nova Grup S.R.L. model NAK9 9mm cal pistol | RON2045669 |
| 17 | Century Arms model VSKA 7.62x39mm caliber rifle | SV7029917 |
| 18 | Glock model 17 9mm caliber pistol | BNHG394 |
| 19 | Pioneer Arms model Hellpup 7.62 x39mm pistol | PAC1138914 |
| 20 | Century Arms model VSKA 7.62 x39mm rifle | SV7028093 |
| 21 | Sarsilmaz model SAR9 9mm caliber pistol | T1102-20BV63618 |
| 22 | Glock model G48 BLK 9mm caliber pistol | BRLN405 |
| 23 | Smith & Wesson model M&P9 Shield 9mm cal pistol | JFP8947 |
| 24 | Pioneer Arms model Hellpup 7.62x39mm cal pistol | PAC1138913 |
| 25 | Pioneer Arms model Hellpup 7.62x39mm cal pistol | PAC1138932 |
| 26 | Girsan/EAA model Regard MC 9mm caliber pistol | T6368-20A06283 |

If any of the property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendants.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/ s /
_____
FOREPERSON OF THE GRAND JURY
Dated: June 29, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/ s /
_____
ANGELA W. WOOLRIDGE
Assistant U.S. Attorney